# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH NAPOLI, | No. 8:21-cv-01885-JLS-DFM |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE (Doc. 33)** |
| v. | |
| STERLING JEWELERS INC. DBA KAY JEWELERS; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC, AND DOES 1-10 inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.


Dated: November 2, 2022


_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE